```
1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JARACUARO-ARELLANO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00479-JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING DATE |
| vs. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| JAVIER JARACUARO-ARELLANO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

Defendant Javier Jaracuaro-Arellano, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Bradley D. Price, hereby stipulate that, with the Court's approval, the status hearing date currently scheduled for Thursday, August 12, 2010, shall be continued to Thursday, August 26, 2010, at 9:00 a.m.

The reason for the requested continuance is that defense counsel requires additional time to confer with Mr. Jaracuaro-Arellano about the additional discovery provided pertaining to his prior removal proceedings and to discuss the proposed plea agreement.

The parties therefore agree that the time between August 12, 2010, and August 26, 2010

Stipulation and [Proposed] Order           1

is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation.

    IT IS SO STIPULATED.

Dated: August 11, 2010

                                            _____/s/_____
                                            VARELL L. FULLER
                                            Assistant Federal Public Defender

Dated: August 11, 2010

                                            _____/s/_____
                                            BRADLEY D. PRICE
                                            Special Assistant United States Attorney

## [~~PROPOSED~~] **ORDER**

    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for August 12, 2010, shall be continued to Thursday, August 26, 2010, at 9:00 a.m.

    THE COURT FINDS that failing to exclude the time between August 12, 2010, and August 26, 2010, would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(7)(B)(iv).

    THE COURT FURTHER FINDS that the ends of justice served by excluding the time between August 12, 2010, and August 26, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

    THEREFORE, IT IS HEREBY ORDERED that the time between August 12, 2010, and August 26, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: 8/11/10

                                            _____
                                            THE HONORABLE JEREMY FOGEL
                                            United States District Court Judge