1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JARACUARO-ARELLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-00479-JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| JAVIER JARACUARO-ARELLANO, | ) | |
| Defendant. | ) | |

## **STIPULATION**

Defendant Javier Jaracuaro-Arellano, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Special Assistant United States Attorney Bradley D. Price, hereby stipulate that, with the Court's approval, the status hearing date currently scheduled for Thursday, August 26, 2010, shall be continued to Thursday, September 2, 2010, at 9:00 a.m.

The reason for the requested continuance is that additional time is needed to permit defense counsel to be provided with and review the audio recording of Mr. Jaracuaro-Arrellano's 1994 deportation hearing.

The parties therefore agree that the time between August 26, 2010, and September 2,

Stipulation and [Proposed] Order
*U.S. v Javier Jaracuaro-Arellano.* CR-10-00479-JF          1

1  2010 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for

2  effective preparation.

3      IT IS SO STIPULATED.

4  Dated: August 25, 2010

5                 _____/s/_____
               VARELL L. FULLER
               Assistant Federal Public Defender

6  Dated: August 25, 2010

7                 _____/s/_____
               BRADLEY D. PRICE
8                 Special Assistant United States Attorney

9                 [~~PROPOSED~~] **ORDER**

10      GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

11  ORDERED that the hearing currently set for August 26, 2010, shall be continued to Thursday,

12  September 2, 2010, at 9:00 a.m.

13      THE COURT FINDS that failing to exclude the time between August 26, 2010, and

14  September 2, 2010, would unreasonably deny defense counsel reasonable time necessary for

15  effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §

16  3161(h)(7)(B)(iv).

17      THE COURT FURTHER FINDS that the ends of justice served by excluding the time

18  between August 26, 2010, and September 2, 2010, from computation under the Speedy Trial Act

19  outweigh the interests of the public and the defendant in a speedy trial.

20      THEREFORE, IT IS HEREBY ORDERED that the time between August 26, 2010, and

21  September 2, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

22  3161(h)(7)(A) and (B)(iv).

23      IT IS SO ORDERED.

24  Dated: 8/25/10

25                 _____
               THE HONORABLE JEREMY FOGEL
               United States District Court Judge

26